# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Cesar Graff Moreno, | No. CV-26-02719-PHX-MTL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

On June 25, 2026, the Court granted Petitioner's Motion to Amend and directed Respondents to respond to Petitioner's Second Amended Petition no later than July 10, 2026. Despite counsel filing a notice of appearance on Respondents' behalf, no response has been filed. The Court will provide Respondents one final opportunity to oppose the Second Amended Petition.

**IT IS THEREFORE ORDERED** Respondents must file a response to the Second Amended Petition no later than July 27, 2026. Petitioner may file a reply no later than August 3, 2026.

Dated this 20th day of July, 2026.

Michael T. Liburdi
United States District Judge