ASH

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Francisco Cesar Graff Moreno,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No.   CV-26-02719-PHX-MTL (CDB)

**ORDER**

On April 20, 2026, Petitioner, through counsel, filed this action under 28 U.S.C. § 2241 challenging his immigration detention. By Order dated April 21, 2026, the Court ordered Respondents to respond to the Petition no later than May 5, 2026. (Doc. 4). However, on May 5, 2026, Petitioner filed a First Amended Petition (Doc. 7), and, subsequently, a Motion to File a Second Amended Petition (Doc. 8) with which he lodged a proposed Second Amended Petition. (Doc. 9). By Order dated June 25, 2026, the Court granted the Motion, and directed Respondents to answer the Second Amended Petition no later than July 10, 2026. (Doc. 10). On July 17, 2026—after Respondents failed to respond—Petitioner filed a Reply in support of the Second Amended Petition. (Doc. 13). On July 20, 2026, the Court gave Respondents one final opportunity to respond to the Second Amended Petition no later than July 27, 2026. (Doc. 14). On July 24, 2027, Petitioner filed a status report indicating that he had been released from custody, but had new conditions placed upon him, including an ankle monitor, required check-ins, and attendance at a "drug class" despite not having any drug history. (Doc. 15). Petitioner also

asserted that his various identification documents—including his Arizona drivers license, consular ID, and Mexican ID—had not been returned to him.  (*Id.*).

On July 27, 2026, Respondents filed a response to the Second Amended Petition, stating "Respondents do not oppose Petitioner's request for release at this time."  (Doc. 16).  The Court construes this concession as non-opposition to granting the Petition.  The Court will order that, if he has not already been released from custody, Respondents immediately release Petitioner from custody under the same conditions as existed prior to his detention, including the return of his documents.

**IT IS ORDERED:**

(1)   Petitioner's Second Amended Petition for Writ of Habeas Corpus (Doc. 11) is **granted**.

(2)   Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention, including the return of Petitioner's identification documents.

(3)   Respondents must provide a notice of compliance within **two days** of the date of this Order.

(4)   Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 29th day of July, 2026.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge

- 2 -